*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60055    Bell v. Lutnick
                    USDC No. 1:23-CV-145
                    USDC No. 1:23-CV-160

Dear Counsel:

The court is requesting that the parties file supplemental briefs addressing the recent district court opinion, docket entry #107 issued May 4, 2025. The supplemental briefs are to be filed in this office on or before May 29, 2025.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:  Mr. John Edward Bies
     Mr. Louis Joseph Capozzi III
     Mr. Charles Edward Cowan
     Mr. James E. Graves III
     Ms. Molly Nixon
     Mr. Michael Poon
     Mr. Damien M. Schiff
     Ms. Shelby Renee Stoner
     Mr. John Henry Thompson
     Mr. Robert W. Wilkinson